AUGUSTA W. FRARY, Appellant, *v.* THE ORLEANS COUNTY NATIONAL BANK, Respondent.

(Argued April 20, 1885 ; decided May 5, 1885.)

*J. & Q. Van Voorhis* for appellant.

*H. E. Sickels* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.